UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

RIVERBEND SCRAP CORPORATION,

    Plaintiff,

  v.

STEIN, INC.,

    Defendant.

Case No. 07-cv-386-JPG

## JUDGMENT

This matter having come before the Court, and all parties having stipulated to dismissal,

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**NORBERT JAWORSKI, Clerk**

**Dated: April 8, 2008**

**s/Brenda K. Lowe, Deputy Clerk**


**Approved:**   s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**